IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>    Defendant. | No. C 15-05306 HRL (PR)<br><br>**ORDER OF DISMISSAL** |

On November 19, 2015, Plaintiff, a state prisoner proceeding pro se, filed a letter which the Court construed as an action pursuant to 42 U.S.C. § 1983. (Docket No. 1.) On the same day, the Clerk sent Plaintiff notices informing him that in order to proceed he must file a complaint on the Court's form and either pay the filing fee or file an application to proceed in forma pauperis ("IFP"). (Docket Nos. 2 and 3.) Plaintiff was provided with blank copies of the Court's complaint form and IFP application. (Id.) On December 21, 2015, Plaintiff filed a completed IFP application. (Docket No. 5.) However, Plaintiff has failed to file a complaint within the time provided. Accordingly, this case is **DISMISSED** without prejudice for failure to file a complaint.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

DATED: 1/15/16

HOWARD R. LLOYD
United States Magistrate Judge

Order of Dismissal
P:\PRO-SE\HRL\CR.15\05306Johnson_dism-compl.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>,<br><br>          Defendant. | Case No.  15-cv-05306-HRL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John A. Johnson ID: Prisoner Id E-89817
C.D.C.R.
P.O. Box 32290
Stockton, CA 95213

Dated: January 19, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Patty Cromwell, Deputy Clerk to the
Honorable HOWARD R. LLOYD